```
FILED        ____ LODGED
____ RECEIVED  ____ COPY

     JAN 29 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Melvin James,<br><br>　　　　　　Defendant. | CR-19-08019-PCT-DLR (JZB)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR- Second Degree Murder)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(1)<br>(CIR-Assault with Intent to Commit Murder)<br>Count 2<br><br>18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR- Assault with a Dangerous Weapon)<br>Count 3<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 4 |

THE GRAND JURY CHARGES:

## COUNT 1

On or about November 16, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN JAMES, an Indian, did with malice aforethought, unlawfully kill victim, F.P.

In violation of Title 18, United States Code, Sections 1153 and 1111.

//
//

## COUNT 2

On or about November 16, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN JAMES, an Indian, did intentionally and knowingly assault victim, B.P., with intent to commit murder.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(1).

## COUNT 3

On or about November 16, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN JAMES, an Indian, did intentionally and knowingly assault victim, B.P., with a dangerous weapon, that is, a knife, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

On or about November 16, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, MELVIN JAMES, an Indian, did intentionally, knowingly, and recklessly assault victim, B.P., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: January 29, 2019

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
CHRISTINA J. REID-MOORE
Assistant U.S. Attorney